Form Number LR 3015-1 A (12/15)

## AMENDED CHAPTER 13 PLAN

Case No.: 15-04938-MAM

Debtor(s): **Jaffies Mae Harris**  SS#: **xxx-xx-1099**  Net Monthly Earnings: **$2,531.92**

SS#:  Number of Dependents: **2**

1. Plan Payments:
   (   ) Debtor(s) propose to pay direct a total of $ _____  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To  **INFINITY INSURANCE COMPANY, 3700 COLONADE PARKWAY, BIRMINGHAM, AL 35243**  for
   $ **295.00**  ☐ weekly ☑ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **38,350.00**.
   ☐ Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|
| **Internal Revenue Service** | **2013 & 2014 Taxes** | **$3,344.00** | **$62.00** | **06/2016** |
| **STATE OF ALABAMA** | **2013 & 2014 Taxes** | **$1,272.00** | **$25.00** | **06/2016** |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **1,000.00** to be paid at confirmation and $ **500.00** per month until **06/2016**, and then $ **50.00** per month thereafter until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC** | **$100,153.00** | ☐ by Trustee ☑ by Debtor **$842.00** | **01/16** | **$9,380.00** | **12/15** | **5.00%** | **$195.00** | **06/16** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE** | **$116.00** | **$14,123.00** | **$11,550.00** | **$2,573.00** | **2012 NISSAN ALTIMA** | **5.00%** | **$293.00** | **06/16** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☐ This is an original plan.

   ☑ This is an amended plan replacing plan dated **12-07-2015**.

   ☑ This plan proposes to pay unsecured creditors **PRO-RATA** %.

   ☑ Other Provisions: **Holders of filed and allowed non priority unsecured claims shall receive a pro rata share (Pot Plan) of $ 500.00 through the distribution of the Debtor's chapter 13 plan.**

   **Attorney fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.**

   **Debtors propose that proceeds in excess of claimed exemptions from class action against AT&T, if any, shall be paid to Chapter 13 Trustee.**

Attorney for Debtor Name/Address/Telephone #
**Bradford W. Botes**
**600 University Park Place**
**Suite 510**
**Birmingham, AL 35209**
Telephone # **(205) 802-2200**

Date **January 13, 2016**

**/s/ Jaffies Mae Harris**
**Jaffies Mae Harris**
Signature of Debtor

# United States Bankruptcy Court
## Northern District of Alabama Southern Division

In re **Jaffies Mae Harris**     Case No. **15-04938**
Debtor(s)     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 13, 2016**, a copy of **The Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the mailing matrix.

/s/ Bradford W. Botes
**Bradford W. Botes**
**Bond, Botes, Reese & Shinn, P.C.**
**600 University Park Place**
**Suite 510**
**Birmingham, AL 35209**
**(205) 802-2200 Fax:(205) 802-2209**