IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Jaffies Mae Harris | ) | Case No.: 15-04938-TOM |
| | ) | |
| Debtor | ) | Chapter 13 |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes Now the Debtor, by and through her attorney of record and hereby moves this Honorable Court for an Order modifying the confirmed plan and for reasons, states as follows:

1. This case was filed on December 7, 2015 and later confirmed on March 29, 2016. Since that time, your Debtor has been receiving workman's compensation due to an injury suffered at work.

2. Claim #5 of United Consumer Financial Services was filed as a secured claim for purchase money security interest in a Kirby Vacuum Cleaning System. Your Debtor has filed a Motion to Surrender Collateral herewith and in conjunction with this Motion as well as an Objection to claim so that the status of the claim can be rendered unsecured.

3. The claim filed by the Internal Revenue Service (claim #1) for the priority portion, was higher than the amount listed in the original plan. As such, the fixed payment awarded to the Internal Revenue Service should be increased to $125.00 per month.

4. Claim #7 filed by Capital One Auto Finance was filed for an amount lower than originally listed in the plan. As such, your Debtor would propose that the fixed payment awarded to Capital One Auto Finance at confirmation ($293.00) be reduced to $260.00 per month so that plan payments can remain the same.

5. Claim #8B filed by Nationstar Mortgage LLC was filed for an amount lower than originally listed in the plan. Your Debtor would propose that the fixed payment awarded to Nationstar Mortgage LLC at confirmation ($195.00) be reduced to $140.00 per month.

6. By making the above adjustments, your Debtors plan payments could remain $295.00 bi-weekly. No determination has been made concerning her return to work and your Debtor is unable to afford an increase in plan payments.

WHEREFORE, PREMISES CONSIDERED, your Debtor hereby moves this Honorable Court for an Order modifying her plan increasing the fixed payment on claim #1 of the Internal Revenue Service to $125.00 per month, reducing the fixed payment awarded on claim #7 of Capital One Auto Finance to $260.00 per month and reducing the fixed payment awarded on claim #8 of Nationstar Mortgage, LLC to $140.00 per month, for reasons set forth hereinabove.

Respectfully submitted,

/s/ J. Suzanne Shinn
J. Suzanne Shinn, Attorney for Debtor
Bond, Botes, Reese & Shinn, PC
600 University Park Place, Ste 510
Birmingham, AL 35209
Ph. 205-802-2200

## CERTIFICATE OF SERVICE

      This is to certify that I have this  24th day of June, 2016, served a copy of the above Motion upon the Trustee electronically and all creditors on the mailing matrix by mailing a copy of the same via U. S. Mail properly addressed with adequate postage thereon.

                                                  /s/ J. Suzanne Shinn
                                                  J. Suzanne Shinn