# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Jaffies Mae Harris  }     **Case No: 15-04938-TOM13**
SSN: XXX-XX-1099  }
  DEBTOR(S).  }
  }
  }

## ORDER

This matter came before the Court on Thursday, August 04, 2016 09:30 AM, for a hearing on the following:

1) RE: Doc #50; Debtor's Objection to Claim 6 of United Consumer Financial Services in the amount of $2,098.52
2) RE: Doc #49; Debtor's Motion to Surrender Collateral and Treat Debt as Unsecured (Kirby Cleaning System)
3) RE: Doc #51; Debtor's Motion to Modify Confirmed Chapter 13 Plan (increasing fixed payment on Claim 1 to $125.00 per month, reducing fixed payment on Claim 7 to $260.00 per month and reducing fixed payment on Claim 8 to $140.00 per month)

Proper notice of the hearing was given and appearances were made by the following:
  Robert Reese, attorney for Jaffies Mae Harris (Debtor)
  Mary Frances Fallaw, Staff Attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1) Based on arguments of counsel and the pleadings, the Objection is Sustained and the balance of claim number 6 is Disallowed. The Claimant has 45 days from the date of possession to file a deficiency balance claim if one is asserted.

Further, in the event a deficiency balance claim is not filed timely and a discharge order is entered in this case, then the claimants right to payment on any deficiency balance is hereby waived.

2) Based on arguments of counsel and the pleadings, the Motion is Granted and the Debtor is authorized to surrender the collateral.

3) Based on arguments of counsel and the pleadings, the Motion is Granted and the Confirmation Order is amended as follows:

i) The fixed payment on claim number 1 is modified to $125.00 per month.

ii) The fixed payment on claim number 7 is modified to $260.00 per month.

iii) The fixed payment on claim number 8 is modified to $140.00 per month.

Dated: 08/05/2016 /s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge